UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS MICHAEL CLARK,<br><br>Petitioner,<br><br>v.<br><br>G. SWARTHOUT,<br><br>Respondent. | No.  2:12-cv-1365-KJM-EFB P<br><br><br><br>ORDER |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On March 31, 2014, this court dismissed petitioner's application for a writ of habeas corpus, ECF No. 31, but did not issue or deny a certificate of appealability at the time the final order was entered.  See Rule 11(a), Rules Governing § 2254 Cases.

A court shall issue a certificate of appealability where the petitioner has shown "that reasonable jurists could debate whether . . . the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further." Miller-El v. Cockrell, 537 U.S. 322, 336 (2003) (internal quotation marks omitted).  Reasonable jurists could not debate that petitioner's application was barred by the statute of limitations.

/////

/////

/////

1

1   Accordingly, the court declines to issue a certificate of appealability. The Clerk of the
2   Court is directed to forward a copy of this order to the Ninth Circuit Court of Appeals for filing
3   with petitioner's appeal.
4   Dated: May 22, 2014.

                                                  UNITED STATES DISTRICT JUDGE